AO 246 (Rev. 7/92)

# United States District Court
## SOUTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Charles E. Houston

ORDER OF PROBATION
UNDER 18 U.S.C. § 3607

Case Number: CR 405-00091-001

__Pro Se__
Defendant's Attorney

The Defendant having been found guilty of an offense described in 21 U.S.C. 844, and it appearing that the Defendant (1) has not, prior to the commission of such offense, been convicted of violating a federal or state law relating to controlled substances; and (2) has not previously been the subject of a disposition under this subsection,

IT IS ORDERED that the Defendant is placed on probation as provided in 18 U.S.C. § 3607 for a period of one year without a judgment of conviction first being entered. The Defendant shall comply with the standard conditions of probation set forth on the reverse of this Order, and the following special conditions:

The Defendant:

☒ Shall submit to substance abuse testing and treatment as directed by the probation officer;
☒ Shall complete __40__ hours of community service at the direction of the probation officer;
☒ Shall pay a $ __250__ fine; **at a rate of $50 per month.**
☐ _____

_____
Signature of Judicial Officer

Honorable G.R. Smith
U. S. Magistrate Judge
Name & Title of Judicial Officer

__5-16-05__
Date

## CONSENT OF THE DEFENDANT

I have read the proposed Order of Probation Under 18 U.S.C. § 3607 and the Conditions of Probation. I understand that if I violate any conditions of probation, the court may enter a judgment of conviction and proceed as provided by law. I consent to the entry of the Order.

I also understand that, if I have not violated any condition of my probation, the Court, without entering a judgment of conviction, (1) _may_ dismiss the proceedings and discharge me from probation _before_ the expiration of the term of probation, or (2) _shall_ dismiss the proceedings and discharge me from probation _at_ the expiration of the term of probation.

My date of birth is __August 10, 1965__, and I ~~am~~ am not entitled to an expungement order as provided in 18 U.S.C. § 3607(c), if the proceedings are dismissed.

_____
Signature of Defendant

__Rt. 2, Box 145B, Ludowici, Georgia 31316__
Address of Defendant

__May 10, 2005__
Date

__Pro Se__
Signature of Defense Counsel

# CONDITIONS OF PROBATION

While the defendant is on probation, the defendant:

1) shall not commit another federal, state or local crime.

2) shall not leave the judicial district without the permission of the court or probation officer;

3) shall report to the probation officer as directed by the court and shall submit a truthful and complete written report within the first five days of each month;

4) shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5) shall support his or her dependents and meet other family responsibilities;

6) shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7) shall notify the probation officer within seventy-two hours of any change in residence or employment;

8) shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9) shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

10) shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11) shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12) shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

13) shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without permission of the court;

14) as directed by the probation officer, shall notify third parties of risks that may be occasioned by defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement;

15) shall not possess a firearm or destructive device;

16) and any possession, use, or attempted use of any device to impede or evade drug testing shall be a violation of probation.

# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA     *

         vs.     *     CASE NO. CR405-91

Charles Houston     *

    *

    *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as Order _____ dated 5/16/05 _____, which is part of the official records of this case.

Date of Mailing:   5/16/05
Date of Certificate:   5/16/05

SCOTT L. POFF, CLERK

By: _____
    JGB

NAME:
1. Charles Houston, Route 2, Box 145B, Ludowici, GA 31316
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____

Cert/Copy
- ☐ ☐ District Judge
- ☐ ☒ Magistrate Judge
- ☐ ☐ Minutes
- ☒ ☐ U.S. Probation
- ☒ ☐ U.S. Marshal
- ☒ ☒ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☒ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds